# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 5, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146157

RICHARD L. WURTZ,
   Plaintiff-Appellee,

v

             SC: 146157
             COA: 301752
             Genesee CC: 10-092901-CL

BEECHER METROPOLITAN DISTRICT, LEO
MCCLAIN, JACQUELIN CORLEW, and
SHEILA THORN,
   Defendants-Appellants.

_____/

   On order of the Court, the application for leave to appeal the October 2, 2012 judgment of the Court of Appeals is considered, and it is GRANTED. The parties shall address: (1) whether the plaintiff suffered an adverse employment action under the Whistleblower Protection Act (WPA), MCL 15.361 *et seq.*, when the defendants declined to renew or extend the plaintiff's employment contract, which did not contain a renewal clause beyond the expiration of its ten-year term; and (2) whether there was a fair likelihood that additional discovery would have produced evidence creating a genuine issue of material fact, MCR 2.116(C)(10), if the defendants' motion for summary disposition had not been granted prior to the completion of discovery.

   Persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



s0529

   I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 5, 2013 _____


           Clerk